**SO ORDERED.**



# TIFFANY & BOSCO
### P.A.

**Dated: March 04, 2009**

**2525 E. CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

_____
**CHARLES G. CASE, II**
**U.S. Bankruptcy Judge**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

08-12159/1218069264

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 2:08-bk-06300-CGC |
| Hugh Anderson | Chapter 11 |
| Debtor. | |
| _____ | **ORDER APPROVING** |
| Mortgage Electronic Registration Systems, Inc. as Nominee for EMC Mortgage | **STIPULATION FOR REMOVAL OF BANKRUPTCY STAY** |
| Movant, | |
| vs. | RE: Real Property located at |
| Hugh Anderson, Debtor; None, Trustee. | 30614 N. 45th Place |
| Respondents. | Cave Creek, Arizona  85331 |

IT IS HEREBY ORDERED by and between the parties herein, through counsel undersigned,

that all stays and injunctions, including the automatic stays under U.S. Bankruptcy Code Section 362(a),

are hereby vacated effective immediately with respect to the real property which is the subject of the

Deed of Trust recorded, in the records of the Maricopa County, Arizona Recorder's Office, wherein

Hugh Anderson, is designated as trustor and Mortgage Electronic Registration Systems, Inc. as Nominee

for EMC Mortgage is the beneficiary/successor beneficiary, which Deed of Trust encumbers the following described real property:

Lot 15, DESERT FAIRWAYS at Tatum Ranch, according to Book 329, ofMaps, Page 39, records of Maricopa County, Arizona. EXCEPT all coal, oil, gas and other mineral deposits and all uranium. thorium. or any other material which is or may be determined to be peculiarly essential to the production of fissionable materials, whether or not ofconunercial value, as reserved in Patent from United States of America.

IT IS FURTHER ORDERED that the debtor has no desire to maintain or keep the property and has decided to surrender his interest in the property legally described herein.

IT IS FURTHER ORDERED that Movant is now permitted, in its discretion to commence or conduct a Trustee's Sale, commence judicial foreclosure, or take whatever other actions necessary to protect their interest in the above legally described property.

IT IS FURTHER ORDERED that an Order Lifting Stay will remain in full force and effect in any bankruptcy chapter to which the Debtor may convert.

IT IS FURTHER ORDERED that any hearing scheduled in the matter are vacated.

DATED this _____ day of _____, 2009.


_____
United States Bankruptcy Court Judge